

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**                                                                  312-435-5670
**Clerk**


Date:   July 21, 2023

**Kristina Tracy Wilson**
The Law Offices of Krisitna T. Wilson P.C.
645 W. 9th St. Unit 110-276
Los Angeles, CA 90015

Re: Pendleton v. 10Q LLC et al
USDC Case Number: 23cv4708

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been
received. Additional information is required for the completion of reports that are forwarded by
this office to Washington, D.C.

The following additional information is required:

| COPYRIGHT REGISTRATION NUMBER | DATE OF COPYRIGHT | HOLDER OF COPYRIGHT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Please provide this information within ten (10) days of today's date.


Sincerely,
Thomas G. Bruton, Clerk

By: /s/ N. Finley-Rhodes
Deputy Clerk


Rev. 11/18/2016