

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**  312-435-5670
**Clerk**

Date:   July 21, 2023

**Kristina Tracy Wilson**
The Law Offices of Krisitna T. Wilson P.C.
645 W. 9th St. Unit 110-276
Los Angeles, CA 90015

Re: Pendleton v. 10Q LLC et al
USDC Case Number: 23cv4708

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been received. Additional information is required for the completion of reports that are forwarded by this office to Washington, D.C.

The following additional information is required:

| COPYRIGHT REGISTRATION NUMBER | DATE OF COPYRIGHT | HOLDER OF COPYRIGHT |
|---|---|---|
| VA 2-239-023 | 01/03/2021 | Taylor D. Pendleton |
| | | |
| | | |
| | | |

Please provide this information within ten (10) days of today's date.

Sincerely,
Thomas G. Bruton, Clerk

By: /s/ N. Finley-Rhodes
Deputy Clerk

Rev. 11/18/2016