# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-239-023**

**Effective Date of Registration:**
January 03, 2021
**Registration Decision Date:**
March 01, 2021

---

## Title

| | |
|---|---|
| **Title of Work:** | Funds and Access Cover Art |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | June 23, 2016 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Taylor Denise Pendleton |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Year Born:** | 1992 |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Taylor Denise Pendleton |
| | 5047 West Bancroft St., Toledo, OH, 43615, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Taylor Denise Pendleton |
| **Email:** | taylor.pendleton96@gmail.com |
| **Telephone:** | (419)277-3586 |

## Certification

| | |
|---|---|
| **Name:** | Kristina T. Wilson |

Date: January 03, 2021

**Registration #:** VA0002239023
**Service Request #:** 1-10037788959



Taylor Denise Pendleton
5047 West Bancroft St.
Toledo, OH 43615 United States