✎ AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>Northern District Eastern Division |
|---|---|
| DOCKET NO.<br>23cv4708 | DATE FILED<br>7/20/2023 |
| PLAINTIFF<br>Taylor D Pendleton | DEFENDANT<br>10Q LLC et al |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 SEE ATTACHED | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED<br>Format m/d/yyyy | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>Thomas G Bruton | (BY) DEPUTY CLERK<br>N. Finley-Rhodes | DATE<br>7/21/2023 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

**VA 2-239-023**

**Effective Date of Registration:**
January 03, 2021
**Registration Decision Date:**
March 01, 2021

## Title

        Title of Work:   Funds and Access Cover Art

## Completion/Publication

    Year of Completion:   2016
Date of 1st Publication:   June 23, 2016
Nation of 1st Publication:   United States

## Author

-           Author:   Taylor Denise Pendleton
    Author Created:   2-D artwork
Work made for hire:   No
        Citizen of:   United States
      Domiciled in:   United States
       Year Born:   1992

## Copyright Claimant

  Copyright Claimant:   Taylor Denise Pendleton
                           5047 West Bancroft St., Toledo, OH, 43615, United States

## Rights and Permissions

               Name:   Taylor Denise Pendleton
               Email:   taylor.pendleton96@gmail.com
       Telephone:   (419)277-3586

## Certification

               Name:   Kristina T. Wilson

Page 1 of 2

Date: January 03, 2021

_____

Registration #: VA0002239023
Service Request #: 1-10037788959



Taylor Denise Pendleton
5047 West Bancroft St.
Toledo, OH 43615 United States