# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Pendleton v. 10Q LLC, et al.     Case Number: 23-cv-04708

An appearance is hereby filed by the undersigned as attorney for:
Taylor D. Pendleton

Attorney name (type or print): J. Giovanny Avendaño

Firm: Avendano Law LLC

Street address: 332 S. Michigan Ave., Suite 900

City/State/Zip: Chicago, IL 60604

Bar ID Number: 6317310            Telephone Number: 872.239.8270
(See item 3 in instructions)

Email Address: gio@avendano.law

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✓ |
| Are you acting as local counsel in this case? | ✓ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✓ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 3, 2023

Attorney signature:   S/ J. Giovanny Avendaño
                     (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015