# CERTIFICATE OF SERVICE

| UNITED STATES DISTRICT COURT | Case #: 1:23-cv-04708 |
|---|---|
| NORTHERN DISTRICT OF ILLINOIS | |

**Taylor D. pendleton** — Plaintiff

**vs.**

**10Q LLC, et al** — Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint**

| | |
|---|---|
| PARTY SERVED: | **PROPELR MUSIC LLC** |
| PERSON SERVED: | **BRIAN TRAGOLIA, ATTORNEY** |
| METHOD OF SERVICE: | **Corporate** - By leaving copies with the person identified above, apparently in charge at the office or usual place of business. I informed him/her of the general nature of the papers. |
| DATE & TIME OF DELIVERY: | **11/13/2023 at 2:11 PM** |
| ADDRESS, CITY AND STATE: | **1525 N. ELSTON AVE., STE 200, CHICAGO, IL 60642** |

Race: **White**  Sex: **Male**  Age: **50**
Height: **5'6"**  Weight: **200**  Hair: **Brown**  Glasses: **No**

Chicagoland Process Services
10359 S. Pulaski Rd
Chicago, IL 60655
(773) 908-2418

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true. Executed on 11/14/2023.

Steven A. Stosur
Registration No: 117-001119

CLIENT: **Chicagoland Process Services**　　　Job #: **547998**
FILE #: