**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TAYLOR D. PENDLETON, an individual,<br><br>   Plaintiff,<br><br>vs.<br><br>10Q LLC, a California Limited Liability Company; PROPELR MUSIC, LLC, an Illinois Limited Liability Company; MARRIANI RECORDS, an Illinois corporation; ANTOINE REED p/k/a "Sir Michael Rocks," an individual; and DOES 1 through 100, inclusive<br><br>   Defendants. | Case No.: 1:23-cv-04708<br><br>CLERK'S ENTRY OF RULE 55(a) DEFAULT UPON DEFENDANT 10Q, LLC |

  NOW COMES Plaintiff, TAYLOR D. PENDLETON ("Plaintiff"), by and through undersigned counsel, who with the corresponding and attached <u>Declaration</u>, and pursuant to the expressly clear mandate in **Federal Rule of Civil Procedure Rule 55(a)**, hereby moves and requests that the Clerk now and therefore enter Default upon Defendant: 10Q, LLC, a California limited liability company (the "Defendant"), on the basis that the record in this case does not clearly confirm that the Defendant has filed any appearance herein, or has caused any attorney to file an appearance herein, let alone file any answer, response, or to otherwise plead or defend against this matter in any manner, or kind, or sort whatsoever within the time provided by the law, and that it is now *past the time allowed*. *See* [DE 11].

CLERK: PLEASE NOTE THAT THIS DUTY IS MANDATORY UPON THE CLERK'S OFFICE, AS FOR REQURED ENTRY OF A RULE 55(a) "DEFAULT" BY THE CLERK (as a party's pure procedural *Default*, not as entering any *Default Judgment* for any sum certain under Rule 55(b), as which Rule 55(a) does clearly command: "when a party against whom a judgment for affirmative relief is sought

has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, *the clerk must enter the party's default*.") Fed. R. Civ. P. Rule 55(a) (emphasis added)

DATED this 14th day of November 2023.

Respectfully submitted,

                                                   **THE LAW OFFICE OF KRISTINA T. WILSON, P.C.**

                                                   /s Kristina T. Wilson, Esq.
                                                        Kristina T. Wilson, Esq.
                                                           *Attorney for Plaintiff*
                                                                  645 W. 9th Street
                                                                  Unit # 110-376
                                                       Los Angeles, California 90015
                                                        Telephone: (323) 537-7795
                                                             CA Bar No. 330475
                                               Email: Wilson@KTWilsonLaw.com
                                     Secondary Email: KTWilsonLaw@gmail.com
                                 **Attorneys for Plaintiff, Taylor D. Pendleton**

<u>CERTIFICATE OF SERVICE</u>

Plaintiffs hereby certify that on this 14th day of November 2023, a true and complete copy of the above formal request for the clerk's Rule 55(a) entry of default was duly served on all parties and counsel of record, who have entered appearances in this action via the Courts CM/ECF filing system.

                                             **THE LAW OFFICE OF KRISTINA T. WILSON, P.C.**

                                                   /s Kristina T. Wilson, Esq.
                                                     Kristina T. Wilson, Esq.