**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

TAYLOR D. PENDLETON, an individual,

    Plaintiff,

vs.

10Q LLC, a California Limited Liability Company; PROPELR MUSIC, LLC, an Illinois Limited Liability Company; MARRIANI RECORDS, an Illinois corporation; ANTOINE REED p/k/a "Sir Michael Rocks," an individual; and DOES 1 through 100, inclusive

    Defendants.

Case No.: 1:23-cv-04708

CLERK'S ENTRY OF RULE 55(a) DEFAULT UPON DEFENDANT 10Q, LLC

I, KRISTINA WILSON, the undersigned affiant, state the following under oath:

1. I am over the age of eighteen (18) and I am capable of making this declaration.

2. I am one of the attorneys of record for the Plaintiff in the above-captioned matter.

3. I am fully familiar with the facts set forth herein, and if called upon as a witness, could testify competently thereto.

4. I retained the services of Countrywide Process ("Countrywide") a legal services company to serve the Summons and Complaint in this action on Defendant 10Q, LLC ("10Q").

5. On September 22, 2023, Countrywide served 10Q at its principal place of business, 4491 Gayle Drive, Tarzana, CA 91356. *See* Exhibit "A".

6. It should be noted that not only is the address where 10Q was served its principal place of business it is also its mailing address and the address of its agent according to the California Secretary of State.

7. In addition to being served, I communicated with counsel for 10Q *after* 10Q was served, and

DECLARATION OF KRISTINA WILSON - 1

thus I have personal knowledge that 10Q is aware of this pending matter, and has been.

8. A response to the Complaint was due on or before October 16, 2023.

9. To date, 10Q has not filed an answer or otherwise appeared within the time allowed by law, nor has 10Q sought additional time within which to respond.

10. As required by the Service Members Civil Relief Act, I have determined that 10Q, who is not an individual, is not in active military service.

11. To the best of my knowledge, and on information and belief, as a limited liability company, 10Q is not an infant, nor is it incompetent.

12. The claims that have been filed against 10Q relate to allegations of negligence, copyright infringement and unjust enrichment, whereas the Plaintiff is seeking recovery for her damages, costs, attorneys' fees, and punitive damages.

Under penalty of perjury under the laws of the State of Illinois, I declare that I have read the foregoing Declaration and that the facts stated in it are true and correct to the best of my knowledge and that this declaration was executed this 20th day of November 2023 in Los Angeles County, California.



Kristina Wilson, Esq.
*Admitted pro hac vice*

DECLARATION OF KRISTINA WILSON - 2