**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TAYLOR D. PENDLETON, an individual,<br><br>      Plaintiff,<br><br>vs.<br><br>10Q LLC, a California Limited Liability Company; PROPELR MUSIC, LLC, an Illinois Limited Liability Company; MARRIANI RECORDS, an Illinois corporation; ANTOINE REED p/k/a "Sir Michael Rocks," an individual; and DOES 1 through 100, inclusive<br><br>      Defendants. | Case No.: 1:23-cv-04708<br><br>CLERK'S ENTRY OF RULE 55(a) DEFAULT UPON DEFENDANT PROPELR MUSIC, LLC AND MARRIANI RECORDS |

NOW COMES Plaintiff, TAYLOR D. PENDLETON ("Plaintiff"), by and through undersigned counsel, who with the corresponding and attached Declaration, and pursuant to the expressly clear mandate in **Federal Rule of Civil Procedure Rule 55(a)**, hereby moves and requests that the Clerk now and therefore enter Default upon Defendants: PROPELR MUSIC, LLC ("Propelr") and MARRIANI RECORDS ("Marriani") (collectively, the "Defendants"), on the basis that the record in this case does not clearly confirm that the Defendants have filed any appearances herein, or have caused any attorney to file any appearances herein, let alone file any answers, responses, or to otherwise plead or defend against this matter in any manner, or kind, or sort whatsoever within the time provided by the law, and that it is now well *past the time allowed*. *See* [DE 13, 14].

**CLERK: PLEASE NOTE THAT THIS DUTY IS MANDATORY UPON THE CLERK'S OFFICE, AS FOR REQRUED ENTRY OF A RULE 55(a) "DEFAULT" BY THE CLERK** (as a party's pure procedural *Default*, not as entering any *Default Judgment* for any sum certain under Rule 55(b), as which

---

MOTION/REQUEST FOR DEFAULT - 1

Rule 55(a) does clearly command: "when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, *the clerk **must enter the party's default**.*") Fed. R. Civ. P. Rule 55(a) (emphasis added).

DATED this 2nd day of January 2024.

Respectfully submitted,

**THE LAW OFFICE OF KRISTINA T. WILSON, P.C.**

/s Kristina T. Wilson, Esq.
Kristina T. Wilson, Esq.
*Attorney for Plaintiff*
645 W. 9th Street
Unit # 110-376
Los Angeles, California 90015
Telephone: (323) 537-7795
CA Bar No. 330475
Email: Wilson@KTWilsonLaw.com
Secondary Email: KTWilsonLaw@gmail.com
**Attorneys for Plaintiff, Taylor D. Pendleton**

CERTIFICATE OF SERVICE

Plaintiffs hereby certify that on this 2nd day of January 2024, a true and complete copy of the above formal request for the clerk's Rule 55(a) entry of default was duly served on all parties and counsel of record, who have entered appearances in this action via the Courts CM/ECF filing system.

**THE LAW OFFICE OF KRISTINA T. WILSON, P.C.**

/s Kristina T. Wilson, Esq.
Kristina T. Wilson, Esq.