# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Taylor D Pendleton

                Plaintiff,

v.                                                       Case No.: 1:23−cv−04708

                                                                     Honorable Andrea R. Wood

10Q LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 3, 2024:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 4/3/2024. For the reasons stated on the record, Plaintiff's motion for default [15] is granted. The Court enters Rule 55(a) default against Defendants 10Q LLC, Propelr Music LLC, and Marriani Records. Plaintiff's motion for extension of time to serve summons and complaint, or for alternative service [17] and [21] are granted. Plaintiff shall have until 6/3/2024 to effectuate service on Defendant Antoine Reed. Plaintiff is granted leave to serve a copy of the complaint and summons to Defendant Reed at his last known email address and by mail via certified and regular mail to his residential and business addresses. Additionally, Plaintiff shall publish a copy of the complaint and summons via a newspaper in Cook County, Illinois. Telephonic status hearing set for 5/15/2024 at 10:15 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.