**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Pendleton v. 10Q LLC et al.     Case Number: 1:23-cv-04708

An appearance is hereby filed by the undersigned as attorney for:
Defendants Propelr Music, LLC, Marriani, Inc., and Antoine Reed

Attorney name (type or print):  ILYA G. ZLATKIN

Firm:    ZLATKIN CANN ENTERTAINMENT

Street address:      4245 N. KNOX AVE.

City/State/Zip:    CHICAGO IL 60641

Bar ID Number: 6314344     Telephone Number:    312-809-8022
(See item 3 in instructions)

Email Address: ILYA@ZCE.LAW

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.    ☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 06/28/2024

Attorney signature:     S/ ILYA G. ZLATKIN
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023