# THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Taylor D. Pendleton,<br><br>    Plaintiff,<br><br>  v.<br><br>10Q LLC *et al.*,<br><br>    Defendants. | Case No. 1:23-cv-04708<br><br>Dist. Judge Andrea R. Wood<br><br>Mag. Judge M. David Weisman |

## DEFENDANT PROPELR MUSIC, LLC'S NOTIFICATION OF AFFILIATES

Pursuant to Local Rule 3.2, Defendant Propelr Music, LLC ("Propelr"), by and through its attorneys, ZLATKIN CANN ENTERTAINMENT, states as follows:

The following individual owns one hundred percent (100%) of Propelr:

- Josh S. Kaplan, an individual residing in Illinois

Dated: June 28, 2024

                Respectfully submitted,

                ZLATKIN CANN ENTERTAINMENT

                By:  /s/ Ilya G. Zlatkin
                Ilya G. Zlatkin
                ZLATKIN CANN ENTERTAINMENT
                4245 North Knox Avenue
                Chicago, Illinois 60641
                Tel: (312) 809-8022
                Fax: (312) 809-6918
                ilya@zce.law

                *Attorney for Defendant Propelr Music, LLC*