# THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Taylor D. Pendleton,<br><br>               Plaintiff,<br><br>    v.<br><br>10Q LLC *et al.*,<br><br>               Defendants. | Case No. 1:23-cv-04708<br><br>Dist. Judge Andrea R. Wood<br><br>Mag. Judge M. David Weisman |

## DEFENDANT MARRIANI, INC.'S NOTIFICATION OF AFFILIATES

Pursuant to Local Rule 3.2, Defendant Marriani, Inc. ("Marriani"), by and through its attorneys, ZLATKIN CANN ENTERTAINMENT, states as follows:

The following individual owns one hundred percent (100%) of Marriani:

- Antoine Reed, an individual residing in Illinois

Dated: June 28, 2024

                                                                       Respectfully submitted,

                                                                       ZLATKIN CANN ENTERTAINMENT

                                                                       By:     /s/ Ilya G. Zlatkin
                                                                       Ilya G. Zlatkin
                                                                       ZLATKIN CANN ENTERTAINMENT
                                                                       4245 North Knox Avenue
                                                                       Chicago, Illinois 60641
                                                                       Tel: (312) 809-8022
                                                                       Fax: (312) 809-6918
                                                                       ilya@zce.law

                                                                       *Attorney for Defendant Marriani, Inc.*