# THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Taylor D. Pendleton,<br><br>              Plaintiff,<br><br>    v.<br><br>10Q LLC *et al.*,<br><br>              Defendants. | Case No. 1:23-cv-04708<br><br>Dist. Judge Andrea R. Wood<br><br>Mag. Judge M. David Weisman |

## DECLARATION OF BRIAN W. TROGLIA

I, Brian W. Troglia, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney admitted to practice before all Illinois state courts. I am in good standing with all of those courts and have never been subject to professional disciplinary proceedings of any kind.

2. This Declaration is submitted to supplement the Motion to Vacate Entry of Default filed by Defendants Propelr Music, LLC ("Propelr") and Marriani, Inc. ("Marriani"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify to the assertions contained in this Declaration.

3. I often work at the office space located at 1525 North Elston Avenue, Suite 200, Chicago, Illinois 60642.

4. On or around November 13, 2023, I was served with copies of the summons and complaint in this case at my place of work. The summons and complaint were directed at Propelr and Marriani.

5. I am not (and have never been) an officer of either Propelr or Marriani, and I have never held any authority, whether decision-making or otherwise, within Propelr or Marriani.

6. I am not (and have never been) a registered agent of either Propelr or Marriani.

7. I do not represent Propelr or Marriani. At the time that I received the summons and complaint, I informed the process server that I do not represent Propelr or Marriani.

8. I informed attorney Kristina T. Wilson, counsel for Plaintiff, that I do not represent Propelr or Marriani, and that I am not the registered agent of Propelr or Marriani. Attached hereto as **Exhibit 1** is a true and correct copy of an email I sent to Attorney Wilson on December 4, 2023.

9. I did not receive a response from Attorney Wilson or anyone else purporting to represent the Plaintiff after sending the email.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on June 28, 2024, at Chicago, Illinois.

*Brian Troglia*
Brian W. Troglia