# Exhibit 1



## Fwd: Service of Summons in Pendleton v 10Q et al (l-23-cv-04708)
1 message



Begin forwarded message:

**From:** Brian Troglia <btroglia@tkhlaw.com>
**Date:** December 4, 2023 at 6:34:23 PM CST
**To:** wilson@ktwilsonlaw.com
**Subject: Service of Summons in Pendleton v 10Q et al (l-23-cv-04708)**

Hi Kristina.  Recently I was personally served with a summons in the above case.  In this matter, however, I do not represent or have any affiliation with the parties listed in the complaint as I am not their registered agent or counsel.  Accordingly, I wanted to inform you of this situation.  Thank you.

Brian Troglia

**Troglia·Kaplan**
Attorneys

Brian W. Troglia
Phone: 773-661-1261  |  Cell: 847-767-9661  |  Fax: 773-993-1950

1525 N Elston Avenue, Second Floor, Chicago IL. 60642  |  www.tkhlaw.com

CONFIDENTIALITY NOTICE:  THE INFORMATION CONTAINED IN THIS EMAIL COMMUNICATION IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENT. This message may be an Attorney-Client privileged communication. If you have received this transmission in error, please inform us via reply email and delete this email and all attachments without copying or transmitting the same.