## THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Taylor D. Pendleton,<br><br>      Plaintiff,<br><br>  v.<br><br>10Q LLC *et al.*,<br><br>      Defendants. | Case No. 1:23-cv-04708<br><br>Dist. Judge Andrea R. Wood<br><br>Mag. Judge M. David Weisman |

### DEFENDANTS PROPELR MUSIC, LLC, MARRIANI, INC., AND ANTOINE REED'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

  Defendants Propelr Music, Inc., Marriani, Inc., and Antoine Reed (collectively, "Defendants"), by their counsel, pursuant to Fed. R. Civ. P. 12(b)(6), move to dismiss Plaintiff Taylor D. Pendleton's ("Plaintiff" or "Pendleton") copyright infringement and unjust enrichment claims asserted against Defendants in Pendleton's complaint ("Complaint") [Dkt. 1], for failure to state a claim upon which relief may be granted. In support of Defendants' Motion, Defendants file herewith a Memorandum of Law, which also incorporates court records from a prior action filed by Pendleton in the Central District of California against the same defendants (including Defendants).

  WHEREFORE, Defendants respectfully ask this Court to dismiss the Complaint pursuant to FED. R. CIV. P. 12(b)(6) for failure to state a claim upon which relief may be granted, with prejudice, and without further leave for Plaintiff to amend.

Dated: June 28, 2024

                                            Respectfully submitted,

**AJ FARAG LAW LLC**

By: /s/ Adam J. Farag
Adam J. Farag
AJ FARAG LAW LLC
1525 North Elston Avenue, Suite 200
Chicago, Illinois 60642
Tel: (815) 262-1486
adam@ajflaw.com

**ZLATKIN CANN ENTERTAINMENT**

By: /s/ Ilya G. Zlatkin
Ilya G. Zlatkin
ZLATKIN CANN ENTERTAINMENT
4245 North Knox Avenue
Chicago, Illinois 60641
Tel: (312) 809-8022
Fax: (312) 809-6918
ilya@zce.law

*Attorneys for Defendants Propelr Music, Inc., Marriani, Inc., and Antoine Reed*