**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

Taylor D. Pendleton v. 10Q LLC, a California Limited Liability Company; PROPELER MUSIC, LLC, an Illinois
Limited Liability Company; MARRIANI

**CASE NUMBER 1:23-cv-04708**

**AFFIDAVIT OF SPECIAL PROCESS SERVER**

I, VINCENT SARELLI, being first duly sworn on oath, deposes and says that he was able to serve process on
ANTOINE REED:

<u>Manner of Service</u>
☒ Personal Service: Leaving a copy of the **SUMMONS AND COMPLAINT** with the above named party.

<u>Place, Date and Time of Service</u>
Name of Person Served: Antoine Reed
Location of Service: 5311 S Lake Park Place W, Chicago, IL 60615
Date Received: 6/7/24          Date Served: 6/10/24          Time Served: 9:31PM
Sex: Male        Race: African American          Approximate Age: 25-30     Approximate Height: 6'1"
Approximate Weight: 175lbs          Glasses: No          Hair: Black

☐ Witness Fee Paid in the Amount of:          ☒ Not Applicable

Server Comments: <u>Serve documents were accepted by respondent without incident.</u>

| ATTEMPTED SERVICES: | | |
|---|---|---|
| | DATE | TIME |
| 1. | 06/10/24 | 9:31PM |

Vincent Sarelli     Dated: 06/10/2024
IL DETECTIVE LIC #115.002786

*VSI PROCESS SERVICE & INVESTIGATIONS IL LIC#117.001897
PO BOX 395
SUMMIT ARGO IL 60501-0395*