## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Taylor D Pendleton
                        Plaintiff,

v.                                         Case No.: 1:23−cv−04708
                                                      Honorable Andrea R. Wood

10Q LLC, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 29, 2024:

        MINUTE entry before the Honorable Andrea R. Wood: The Court acknowledges the parties' stipulation regarding Plaintiff's time to respond to motions [35]. Before proceeding with briefing of Defendants Propelr Music, LLC Marriani, Inc., and Antoine Reed's motion to dismiss Plaintiff's complaint [31], the Court will resolve the matter of whether the default entered against Defendants Propelr Music LLC and Marriani, Inc. [23] should be vacated. Plaintiff shall file a response to Defendants Propelr Music LLC and Marriani, Inc.'s motion to set aside entry of default [30] by 8/12/2024. No reply is necessary unless ordered by the Court. Upon resolving the matter of default, the Court will set a briefing schedule on Defendants Propelr Music, LLC Marriani, Inc., and Antoine Reed's motion to dismiss Plaintiff's complaint [31]. Telephonic status hearing set for 8/1/2024 is stricken and reset for 9/11/2024 at 9:00 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.