# EXHIBIT "A"



**Andrew Williams <williamslawflorida@gmail.com>**

# Fwd: Unauthorized Use of Taylor Pendleton's Intellectual Property for FUNDS and ACCESS Cover Art.

**Adam Farag** <afarag@tkhlaw.com>  Tue, Oct 4, 2022 at 10:59 AM
To: Andrew Williams <williamslawflorida@gmail.com>
Cc: Kristina Wilson <wilson@ktwilsonlaw.com>, Josh Kaplan <jkaplan@tkhlaw.com>, Andrew Williams <Andrew@thewilliamslg.com>

Hi Andrew,

Yes - we can accept service.

[Quoted text hidden]