# EXHIBIT "B"

THE LAW OFFICES OF KRISTINA T. WILSON P.C.
Kristina T. Wilson, Esq.
Attorney for Plaintiff
645 W. 9th Street
Unit # 110-376
Los Angeles, California 90015
Telephone: (323) 537-7795
CA Bar No. 330475
Email: Wilson@KTWilsonLaw.com
Secondary Email: KTWilsonLaw@gmail.com

THE WILLIAMS LAW GROUP
Andrew Williams, Esq.
Attorney for Plaintiff
20 Island Ave
Suite 801
Miami, Florida 33139
Telephone: (305) 916-1122
CA Bar No. 310526
Email: Andrew@TheWilliamsLG.com
Secondary Email: WilliamsLawFlorida@gmail.com

**Attorney for Plaintiffs, TAYLOR D. PENDLETON**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR D. PENDLETON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>10Q LLC, a California Limited Liability Company; PROPELR MUSIC, LLC, an Illinois Limited Liability Company; MARRIANI RECORDS, an Illinois corporation; ANTOINE REED p/k/a "Sir Michael Rocks," an individual; and DOES 1 through 100, inclusive;<br><br>Defendant | Case No.: 2:22-cv-04806-RGK-PVC<br><br>PLAINTIFF'S NOTICE OF FILING PROOF OF SERVICE ON DEFENDANT MARRIANI RECORDS |

NOTICE OF FILING - 1

TO THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE FIND a copy of Notice of Filing of Proof of Service of Summons and Complaint on Defendant MARRIANI RECORDS, which was served on November 2, 2022.

DATED this 5th day of December 2022.

Respectfully submitted,

THE WILLIAMS LAW GROUP

/s Andrew Williams, Esq.
BY: ANDREW WILLIAMS, ESQ.
California Bar No.: 310526
20 Island Ave
Suite 801
Miami, FL 33139
Telephone: (305) 916-1122
Attorney for Plaintiff *Taylor D. Pendleton*
E-Service: Andrew@TheWilliamsLG.com
Secondary: WilliamsLawFlorida@gmail.com

CERTIFICATE OF SERVICE

Plaintiffs TAYLOR D. PENDLETON hereby certify that on this 5th day of December 2022, a true and complete copy of this motion was filed through the CM/ECF filing system and served on any parties who appeared in this action.

THE WILLIAMS LAW GROUP

/s Andrew Williams, Esq.

NOTICE OF FILING - 2

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Marriani Records**

was received by me on *(date)* **November 1, 2022**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Adam Farag**, who is designated by law to accept service of process on behalf of *(name of organization)* **Marriani Records** on *(date)* **November 2, 2022** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0**.

I declare under penalty of perjury that this information is true.

Date: **12/5/2022**

*Andrew Williams*
Server's signature

Andrew Williams, Esq.
Printed name and title

20 Island Ave
Suite 801
Miami, FL 33139
Server's address

Additional information regarding attempted service, etc:
Service was effectuated on counsel for the Defendants via agreement by the parties.

Print    Save As...    Reset