# EXHIBIT "C"



**Andrew Williams <williamslawflorida@gmail.com>**

## SERVICE OF COURT DOCUMENT - 2:22-CV-04806-RGK

**Andrew Williams** <williamslawflorida@gmail.com>                                Wed, Nov 2, 2022 at 10:24 AM
To: Adam Farag <afarag@tkhlaw.com>
Cc: Josh Kaplan <jkaplan@tkhlaw.com>, "The Law Office of Kristina T. Wilson, P.C." <wilson@ktwilsonlaw.com>, "Andrew@TheWilliamsLG.com" <andrew@thewilliamslg.com>

Good morning Adam,

My apologies on the delay as I came down with a bout of COVID.  In any event, pursuant to our prior agreement, please find a copy of the Summons and Amended Complaint that are being served on you on behalf of your clients.  Please note that I have reviewed the prior email correspondence, and while I certainly respect your position, it appears that we are at/have reached an impasse in regards to any settlement discussions.

To the extent that you are available let's look to schedule a call this Friday, to discuss this matter further.

Regards,


--
Andrew Williams, Esq.
The Williams Law Group
44 W. Flagler St.
Ste 1575
Miami, FL 33130
253-970-1683
Andrew@TheWilliamsLG.com
www.TheWilliamsLG.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**4 attachments**

📄 **Pendleton, Taylor (Amended Summons and Complaint packet - Reed).pdf**
495K

📄 **Pendleton, Taylor (Amended Summons and Complaint packet - Marriani).pdf**
497K

📄 **Pendleton, Taylor (Amended Summons and Complaint packet - Propelr).pdf**
496K

📄 **Pendleton, Taylor (Amended Summons and Complaint packet - 10Q).pdf**
495K