# EXHIBIT

# "D"

Troglia·Kaplan
Attorneys

Areas Of Practice    Team    News & Resources    Contact

## Let Us Know How We Can Help

### Drop Us A Line

Name (required)

First Name          Last Name

Email Address (required)

Subject (required)

Message (required)

Submit

### Contact Us

773.661.1261
info@tkhlaw.com

### Find Us

1525 N. Elston Ave - Floor 2
Chicago, IL  60642