# EXHIBIT

## "E"

**Troglia • Kaplan**
Attorneys

Areas Of Practice    Team    News & Resources    Contact

# Team

Our specialists in corporate structuring, real estate leasing, employee relations, debt financing, and fundraising, coupled with our vast network of professionals with whom we collaborate, ensures we can expediently find a solution to whatever it is you seek.



**Troglia • Kaplan**
Attorneys



Josh Kaplan - Of Counsel

Josh is an attorney by trade, a manager by practice, and an entrepreneur at heart, who brings a breadth of legal expertise and experience in corporate and entertainment law to the TK team.
jkaplan@tkhlaw.com



Dan Rubinow

Daniel has close to 20 years of experience working on the legal side of business licensing and hospitality. He started his career working for Chicago's Law Department enforcing the City's maze of licensing ordinances before leaving to assist and advise dozens of clients with licensing, permitting, enforcement defense, licensed entity acquisitions, and real estate transactions.
drubinow@tkhlaw.com



