# EXHIBIT "F"

## CERTIFICATE OF NON SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF ILLINOIS | Case #: 1:23-cv-04708 |

**Taylor D. pendleton**  Plaintiff

vs.

**10Q LLC, et al**  Defendant

The undersigned, being first duly sworn, on oath deposes and says: that s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be witness therein.

Affiant states s(he) attempted to serve **Marriani Records**, at **1525 N. Elston Ave., Ste 200, Chicago, IL 60642**, with the **Summons & Complaint** and after due search, careful inquiry and diligent attempts, was unable to effect service for the following reasons:

| | | |
|---|---|---|
| 08/03/2023 | 01:32 PM | This is Tragolia & Kaplan. The offfice assistant said they are not the Registered Agent for Marriani Records. |

Chicagoland Process Services
10359 S. Pulaski Rd
Chicago, IL 60655
(773) 908-2418

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true. Executed on 8/4/2023.

Steven A. Stosur
Registration No: 117-001119

CLIENT: **Chicagoland Process Services**
FILE #:

Job #: **538638**