# EXHIBIT

# "G"

Office of the Secretary of State

ilsos.gov

# Business Entity Search

## Entity Information

| | | | |
|---|---|---|---|
| **Entity Name** | MARRIANI, INC. | | |
| **File Number** | 73771439 | **Status** | ACTIVE |
| **Entity Type** | CORPORATION | **Type of Corp** | DOMESTIC BCA |
| **Incorporation Date (Domestic)** | 05-27-2022 | **State** | ILLINOIS |
| **Duration Date** | PERPETUAL | | |
| **Annual Report Filing Date** | 06-29-2024 | **Annual Report Year** | 2024 |
| **Agent Information** | JOSH KAPLAN 1525 N ELSTON AVE, STE 200 CHICAGO ,IL 60642 | **Agent Change Date** | 05-27-2022 |

## Services and More Information

Choose a tab below to view services available to this business and more information about this business.

| Officer | Name and Address |
|---|---|
| President | ANTOINE REED, 1525 N ELSTON, FL 2 CHICAGO IL 60642 |