# EXHIBIT "H"

Office of the Secretary of State
ilsos.gov

# Business Entity Search

Entity Information

| | | | | |
|---|---|---|---|---|
| **Entity Name** | PROPELR MUSIC, LLC | | | |
| **Principal Address** | 1525 N ELSTON AVE, STE 200 CHICAGO,IL 606420000 | | | |
| **File Number** | 03326497 | | **Status** | ACTIVE on 08-02-2024 |
| **Entity Type** | LLC | | **Type of LLC** | Domestic |
| **Org. Date/Admission Date** | 09-14-2010 | | **Jurisdiction** | IL |
| **Duration** | PERPETUAL | | | |
| **Annual Report Filing Date** | 08-02-2024 | | **Annual Report Year** | 2024 |
| **Agent Information** | JOSH S KAPLAN 1525 N ELSTON AVE, STE 200 CHICAGO, IL 60642 | | **Agent Change Date** | 08-17-2022 |

Services and More Information

Choose a tab below to view services available to this business and more information about this business.

[ Purchase Master Entity Certificate of Good Standing ]

Articles of Amendment Effecting A Name Change

Adopting Assumed Name

Change of Registered Agent and/or Registered Office