# EXHIBIT "I"



**Andrew Williams <williamslawflorida@gmail.com>**

---

## Follow Up Service of Process

**Gary Olson** <service@cpsincgo.com>                                    Tue, Nov 7, 2023 at 12:33 PM
To: Andrew Williams <williamslawflorida@gmail.com>

Andre

Here are service attempts for this case so far

On the last set of attempts on this case, I reviewed the previous affidavits and it appeared that the served gained entry into the building

I just the company the previous affidavits and inquired if the same server went out there

I will have answers for you shortly

Details:

**Our Job #: 547998
Your Reference Number:
Party To Be Served: Propelr Music LLC
Service Address: 1525 N. Elston Ave., Ste 200, Chicago, IL 60642**

**10/30/2023 - 02:10 PM
This is an office building. This is a secure building. I called Troglia and Kaplan using the call box. No answer. There is no access into the building.**

**Our Job #: 547998
Your Reference Number:
Party To Be Served: Propelr Music LLC
Service Address: 1525 N. Elston Ave., Ste 200, Chicago, IL 60642**

**11/02/2023 - 03:31 PM
I called Tragollia Kaplan using the call box. No answer. I spoke with someone entering the building who said their elevator key card does not allow access to the second floor.**

Thank You!

Gary Olson
Chicagoland Process Services
10359 S> Pulaski
Chicago, Il 60655
773-908-2418
www.cpsincgo.com
117.001600

**From:** Andrew Williams <williamslawflorida@gmail.com>
**Sent:** Monday, November 6, 2023 10:31 AM
**To:** Gary Olson <service@cpsincgo.com>

[Quoted text hidden]

[Quoted text hidden]