# EXHIBIT

# "L"

# CERTIFICATE OF NON SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF ILLINOIS | Case #: 1:23-cv-04708 |

**Taylor D. pendleton**

Plaintiff

vs.

**10Q LLC, et al**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: that s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be witness therein.

Affiant states s(he) attempted to serve **Antione Reed**, at **1525 N. Elston Ave., Ste 200, Chicago, IL 60642**, with the **Summons & Complaint** and after due search, careful inquiry and diligent attempts, was unable to effect service for the following reasons:

| Date | Time | Notes |
|---|---|---|
| 10/30/2023 | 02:10 PM | This is an office building. This is a secure building. I called Troglia and Kaplan using the call box. No answer. There is no access into the building. |
| 11/02/2023 | 03:31 PM | I called Tragollia Kaplan using the call box. No answer. I spoke with someone entering the building who said their elevator key card does not allow access to the second floor. |
| 11/06/2023 | 03:52 PM | I called the Suite using the callbox. No answer. There is no access into the building. P |
| 11/09/2023 | 03:07 PM | I called the suite using the call box. I spoke with Sara Tragolia through the call box. She said there is no one in the office now, and someone should be in the office on Monday. |
| 11/13/2023 | 02:11 PM | Brian Tragolia said Antoine Reed is not employed here. |

Chicagoland Process Services
10359 S. Pulaski Rd
Chicago, IL 60655
(773) 908-2418

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true. Executed on 11/14/2023.

Steven A. Stosur
Registration No: 117-001119

CLIENT: **Chicagoland Process Services**
FILE #:

Job #: **548001**