THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Taylor D. Pendleton,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>10Q LLC *et al.*,<br><br>　　　　　　Defendants. | Case No. 1:23-cv-04708<br><br>Dist. Judge Andrea R. Wood<br><br>Mag. Judge M. David Weisman |

### DECLARATION OF ADAM J. FARAG

I, Adam J. Farag, of the City of Chicago, in the State of Illinois, declare as follows:

　　1.　　I am an attorney admitted to practice before all Illinois state courts and the U.S. District Court for the Northern District of Illinois. I am in good standing with each of these courts and have never been subject to professional disciplinary proceedings of any kind.

　　2.　　This Declaration is submitted to supplement the Reply in Support of the Motion to Set Aside Entry of Default filed by Defendants Propelr Music, LLC ("Propelr") and Marriani, Inc. ("Marriani"). Except where expressly stated otherwise, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify to the assertions contained in this Declaration.

　　3.　　In connection with the Plaintiff's suit against Propelr and Marriani in the U.S. District Court for the Central District of California (hereinafter, the "California Action"), I confirmed via email dated October 4, 2022, to Plaintiff's counsel, Kristina T. Wilson, Esq. of The Law Offices of Kristina T. Wilson P.C (hereinafter, "Wilson"), that I would accept service on behalf of the aforementioned Defendants.

　　4.　　To my knowledge, neither Wilson nor any other attorney representing Plaintiff has attempted to contact me by email or otherwise regarding the potential of waiver or acceptance of

service by Propelr, Marriani, or co-defendant Antoine Reed in connection with this litigation in the U.S. District Court for the Northern District of Illinois.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on September 19, 2024, at Chicago, Illinois

                                                              /Adam J. Farag/  
                                                              Adam J. Farag