**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Taylor D Pendleton

     Plaintiff,

v.              Case No.: 1:23−cv−04708
                Honorable Andrea R. Wood

10Q LLC, et al.

     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 23, 2026:

   MINUTE entry before the Honorable Andrea R. Wood: For the reasons stated in the accompanying Memorandum Opinion and Order, Defendants' motion to dismiss [31] is granted in part and denied in part. The motion is granted with respect to Counts II, III, and V. Those claims are dismissed without prejudice to Plaintiff filing an amended complaint that remedies the deficiencies discussed in the Court's opinion. The motion is denied with respect to Counts I and IV. Those claims may proceed as currently pleaded. Any amended complaint shall be filed by 4/6/2026. Defendants' obligation to answer the complaint shall be held in abeyance pending Plaintiff's decision on whether to file an amended complaint. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.