**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TAYLOR D. PENDLETON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 23-cv-04708 |
| v. | ) | |
| | ) | Judge Andrea R. Wood |
| 10Q LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Defendant 10Q LLC is a party here and was also a party to the action previously filed by Plaintiff in the United States District Court for the Central District of California, *Pendleton v. 10Q LLC*, No. 22-cv-04806 (C.D. Cal.). 10Q LLC has not appeared in this case. Accordingly, the Court previously found 10Q LLC in default pursuant to Federal Rule of Civil Procedure 55(a) [18], [23], and that default remains intact. However, in connection with the Court's consideration of the motion to dismiss [31] filed by the appearing Defendants, the Court reviewed the docket of the California case. Based on that review, it appears that 10Q LLC received a judgment on the merits in the California case that would implicate the doctrine of *res judicata*. *Pendleton v. 10Q LLC*, No. 2:22-cv-04806, 2023 WL 9421797, at *1 (C.D. Cal. Jan. 20, 2023). Unlike the appearing Defendants, which were dismissed from the California case for lack of personal jurisdiction, it appears 10Q LLC was dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim. Accordingly, Plaintiff is directed to show cause in writing, by April 6, 2026, why the previously entered default against Defendant 10Q LLC should not be vacated and the claims against 10Q LLC dismissed with prejudice as barred by *res judicata*.

Dated: March 23, 2026

_____
Andrea R. Wood
United States District Judge