**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Taylor D Pendleton

                Plaintiff,

v.                                                                                   Case No.: 1:23–cv–04708
                                                                                        Honorable Andrea R. Wood

10Q LLC, et al.

                Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable M. David Weisman for the purpose of holding proceedings related to: discovery supervision and settlement conference. (lma, )

Dated: March 26, 2026

                                       /s/ Andrea R. Wood

                                  United States District Judge