### THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Taylor D. Pendleton,

               Plaintiff,

        v.

10Q LLC, *et al.*,

               Defendants.

Case No. 1:23-cv-04708

Dist. Judge Andrea R. Wood

Mag. Judge M. David Weisman

### JOINT STATUS REPORT

Pursuant to the Court's minute entry dated March 26, 2026 [Dkt. 59], Plaintiff Taylor D. Pendleton ("Pendleton" or "Plaintiff"), and Defendants Propelr Music, LLC ("Propelr"), Marriani, Inc. ("Marriani"), and Antoine Reed ("Reed" and, together with Propelr and Marriani, collectively, "Defendants") submit this Joint Status Report:

1. Having communicated during the parties' Rule 26(f) conference, the parties believe that a settlement conference administered by the Magistrate Judge would be conducive for prospects of a potential settlement. The parties believe that a settlement conference scheduled prior to discovery would help both parties preserve significant resources. The parties would appreciate the Magistrate Judge setting a schedule for a settlement conference. Because Plaintiff and Plaintiff's counsel are based outside of Chicago, the parties prefer for the settlement conference to take place remotely using the Court's preferred videoconferencing software, so as to enable Plaintiff to preserve resources and thereby facilitate the potential of settlement.

2. The parties conducted their initial Rule 26(f) conference via phone call among the parties' counsel on April 1, 2026. During such conference, the parties agreed to exchange certain limited discovery as part of their initial disclosures under Rule 26(a)(1).

3.  In the absence of an expedited settlement, in addition to initial disclosures, it is anticipated that this case will entail some written discovery as well as a handful of depositions. The parties note that the scheduling of any potential Court-administered settlement conference may require adjustments to the following proposed schedule:

| Event | Deadline |
| --- | --- |
| Service of Initial Rule 26 disclosures | April 15, 2026 |
| Joining Parties | June 12, 2026 |
| Amending Pleadings | August 14, 2026 |
| Completion of Written Discovery | October 16, 2026 |
| Completion of Oral Fact Discovery | January 15, 2027 |
| Completion of Expert Report(s) | March 19, 2027 |
| Motions Relating to Discovery | April 16, 2027 |
| Dispositive Motions | May 21, 2027 |

The parties understand that the Court will enter a scheduling order under Rule 16(b)(1), and that, once scheduled, the Court will modify any such schedule "only for good cause." *See* Fed. R. Civ. P. 16(b)(4).

Dated: April 2, 2026

Respectfully submitted,

TAYLOR D. PENDLETON

/s/ Kristina Wilson
Kristina T. Wilson, Esq.
18060 Grace Ln, Unit 104
Canyon Country, CA 91387
Telephone: (323) 537-7795
CA Bar No. 330475
Email: Wilson@KTWilsonLaw.com

*Attorney for Plaintiff Taylor D. Pendleton*

PROPELR MUSIC, LLC, MARRIANI, INC., and ANTOINE REED

By: /s/ Ilya Zlatkin *(with permission)*
Ilya G. Zlatkin
ZLATKIN CANN ENTERTAINMENT
4245 North Knox Avenue
Chicago, Illinois 60641
Tel: (312) 809-8022
ilya@zce.law

By: /s/ Adam Farag *(with permission)*
Adam J. Farag
AJ FARAG LAW LLC
1525 North Elston Avenue, Suite 200
Chicago, Illinois 60642
Tel: (815) 262-1486
adam@ajflaw.com

*Attorneys for Defendants Propelr Music, LLC, Marriani, Inc., and Antoine Reed*

3