# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Taylor D Pendleton

                    Plaintiff,

v.

10Q LLC, et al.

                    Defendant.

Case No.: 1:23−cv−04708

Honorable Andrea R. Wood

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 3, 2026:

      MINUTE entry before the Honorable M. David Weisman: Status hearing set for 4/7/26 is stricken and reset to 4/9/26 at 9:15 a.m. No later than 4/7/26, the parties are directed to jointly email the Courtroom Deputy, Alyssia_Owens@ilnd.uscourts.gov, with several mutually agreeable dates in April and May 2026 for a settlement conference. Please note that the Court is unavailable the weeks of the 4/27/26 and 5/4/26. Judge Weisman generally conducts settlement conferences Tuesdays, Wednesdays, Thursdays, and Fridays at either 10:30 a.m. to 12:30 p.m. or 2:00 p.m. to 4:00 p.m. Other dates and times may be available as required by the Court or the parties. The parties shall indicate in their joint email whether they are seeking a video or in−person settlement conference. If a settlement conference date has been set, the status hearing will be stricken. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.