THE LAW OFFICES OF KRISTINA T. WILSON P.C.
Kristina T. Wilson, Esq.
Attorney for Plaintiff
18723 Via Princessa,
1098
Santa Clarita, California 91387
Telephone: (323) 537-7795
CA Bar No. 330475
Email:  Wilson@KTWilsonLaw.com
Secondary Email: KTWilsonLaw@gmail.com

**Attorney for Plaintiff, TAYLOR D. PENDLETON**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TAYLOR D. PENDLETON, an individual; <br><br> Plaintiff, <br><br> vs. <br><br> 10Q LLC, a California Limited Liability Company; PROPELR MUSIC, LLC, an Illinois Limited Liability Company; MARRIANI RECORDS, an Illinois corporation; ANTOINE REED p/k/a "Sir Michael Rocks," an individual; and DOES 1 through 100, inclusive; <br><br> Defendant | Case No.: 1:23-cv-04708 <br><br> **DECLARATION OF KRISTINA WILSON, ESQ. IN SUPPORT OF PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE** |

I, KRISTINA WILSON, the undersigned affiant, state the following under oath:

1. I am over the age of eighteen (18) and I am capable of making this declaration.

2. I am the attorney of record for the Plaintiff in the above-captioned matter.

3. I am fully familiar with the facts set forth herein, and if called upon as a witness, could testify

DECLARATION OF KRISTINA WILSON, ESQ. - 1

competently thereto.

4.  On or around January 20, 2023, the California court entered a separate order granting Defendant 10Q LLC's Motion to Dismiss pursuant to Rule 12(b)(6). In that order, the court expressly stated that it "need not delve into the merits of these arguments" because Plaintiff failed to oppose the motion, and granted the motion solely as a procedural default under Local Rule 7-12. A true and correct copy of that order is attached hereto as Exhibit A.

Under penalty of perjury under the laws of the United States of America, I declare that I have read the foregoing Declaration and that the facts stated in it are true and correct to the best of my knowledge and that this declaration was executed this 6th day of April 2026 in Los Angeles County, California.

Kristina Wilson, Esq.

*CA Bar #: 330475*

DECLARATION OF KRISTINA WILSON, ESQ. - 2