**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Taylor D Pendleton

                Plaintiff,

v.

                                         Case No.: 1:23–cv–04708

                                         Honorable Andrea R. Wood

10Q LLC, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 7, 2026:

      MINUTE entry before the Honorable M. David Weisman: Magistrate status hearing held. Case has been referred for settlement. Discussion held on additional discovery necessary for a productive settlement conference. Defendant will produce sales and social media information by 4/17/26. Plaintiff will produce information on sales of other images for reference purposes by 4/17/26. Video settlement conference set for 5/11/26 at 2:00 p.m. Court explained settlement conference procedure. Plaintiff's settlement letter to be delivered to Defendants by 4/27/26, and Defendants' settlement letter to be delivered to Plaintiff by 5/4/26. Parties shall confer and send ONE email to Alyssia_Owens@ilnd.uscourts.gov by 5/4/26, identifying the email addresses of the individuals who intend to participate in the settlement conference. Settlement letters are limited to 5 pages excluding attachments. The parties must also submit their respective letters by email to Proposed_Order_Weisman@ilnd.uscourts.gov. Please note that settlement letters and documents are not to be filed on the CM/ECF system. The Court may have ex parte discussions with counsel in advance of the settlement conference if the Court believes such conversations are warranted. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.