**UNITED STATES DISTRICT
COURT NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION**

CASE NO: 1:23-cv-04708

TAYLOR D. PENDLETON, an individual,

Plaintif

f, v.

10Q LLC, a California Limited Liability
Company PROPELR MUSIC, LLC, an Illinois
Limited Liability Company; MARRIANI
RECORDS, an Illinois corporation; ANTOINE
REED p/k/a "Sir Michael Rocks," an
individual; and DOES 1 through 5, inclusive,

Defendants.

/

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT

NOW COMES Plaintiff, TAYLOR D. PENDLETON, (the "Plaintiff" or "Pendleton"), by and through undersigned counsel, and pursuant to Federal Rules of Civil Procedure, Rule 6(b), hereby files this Motion for Extension of Time to File Amended Complaint (the "Motion for Extension of Time"). The grounds for this motion are as follows:

1. The complaint (the "Complaint") in the above-styled matter was filed on July 20, 2023, which commenced litigation proceedings in this Court [DE 1].

2. Plaintiff's amended complaint is currently due April 20, 2026 pursuant to this Court's March 23, 2026 order [DE 57]

3. At the March 25, 2026 telephonic status hearing, the Court indicated that additional

time would be available to Plaintiff, if needed.

4. Plaintiff's counsel requires additional time as sole counsel to adequately prepare the amended complaint while managing simultaneous court-ordered deadlines in this matter.

5. Plaintiff respectfully requests a brief extension to April 27, 2026, to file the amended complaint.

6. The Plaintiff submits that this motion has been submitted in good faith and not for the purpose of causing needless and undue delay.

**WHEREFORE**, the Plaintiff respectfully requests that this Honorable Court enter an Order granting this Motion for Extension of Time, and that extends the deadline for the Amended Complaint to be filed up to and including April 27, 2026.

Dated this 20th day of April 2026.

Respectfully submitted,

///

THE LAW OFFICES OF KRISTINA T. WILSON P.C

s/Kristina T. Wilson
Kristina T. Wilson, Esq.
*Attorney for Plaintiff,* Taylor D. Pendleton
18723 Via Princessa, 1098
Santa Clarita, California 91387
Telephone: (323) 537-7795
CA Bar No. 330475
Email: Wilson@KTWilsonLaw.com
Secondary Email:
KTWilsonLaw@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served on all parties or counsel of record who have appeared through the CM/ECF filing system this 20th day of April 2026.

Dated: <u>April 20, 2026</u>                                          <u>s/Kristina T. Wilson</u>