# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Taylor D Pendleton

              Plaintiff,

v.

10Q LLC, et al.

              Defendant.

Case No.: 1:23–cv–04708
Honorable Andrea R. Wood

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 22, 2026:

      MINUTE entry before the Honorable Andrea R. Wood: Plaintiff's motion for extension of time to file amended complaint [65] is granted. Plaintiff's deadline to file an amended complaint is extended to 4/27/2026. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.