## THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Taylor D. Pendleton,<br><br>Plaintiff,<br><br>v.<br><br>10Q LLC, *et al.*,<br><br>Defendants. | Case No. 1:23-cv-04708<br><br>Dist. Judge Andrea R. Wood<br><br>Mag. Judge M. David Weisman |

### UNOPPOSED MOTION FOR LEAVE TO SUBMIT EXCESS PAGES

**NOW COME** Defendants Propelr Music, LLC ("Propelr"), Marriani, Inc. ("Marriani"), and Antoine Reed ("Reed" and, together with Propelr and Marriani, collectively, "Defendants"), by and through their counsel, and hereby request leave to submit Defendants' letter ("Defendants' Letter") in advance of a settlement conference scheduled for May 11, 2026 ("Settlement Conference") to be administered by the Magistrate Judge [Dkt. 64], which Defendants' Letter exceeds page limits set forth by the Magistrate Judge's Standing Order for Settlement Conference ("Standing Order"). In support of this filing, Defendants state as follows:

1.      Pursuant to the Standing Order, the letters submitted by parties in advance of the Settlement Conference must not exceed 5 pages (exclusive of exhibits) without leave of court.

2.      The body of Defendants' Letter is under 9 pages long. This page count includes the address and signature blocks.

3.      As set forth in this motion for leave, Defendants believe that good cause exists for the submission of excess pages.

4.      In conjunction with her own pre-Settlement Conference letter, Plaintiff Taylor D. Pendleton ("Plaintiff") submitted a significant number of exhibits.

5.      Defendants' Letter is not accompanied by any additional exhibits but does cross-reference exhibits and information submitted by Plaintiff. Defendants' Letter does contain some evidence as part of the body of the Defendants' Letter.

6.      In accordance with the Standing Order, Defendants' Letter contains significant references to supporting evidence and legal principles. These legal principles involve a significant number of citations to applicable case law that is essential for informing Defendants' settlement position.

7.      A thorough, conscientious presentation is necessary to aid the Court in understanding the arguments and their potential impact on the Settlement Conference.

8.      Defendants believe in good faith that the Defendants' Letter does not contain any redundancies or arguments that would not be appropriate for Defendants to present in advance of the Settlement Conference.

9.      Prior to the filing of this motion, Defendants' counsel emailed Plaintiff's counsel to ask whether Plaintiff would oppose this motion. Plaintiff's counsel confirmed that she does not oppose the motion.

**WHEREFORE**, Defendants respectfully request that Defendants be granted leave to submit a pre-Settlement Conference letter in excess of 5 pages.

Dated: May 4, 2026

/s/ *Ilya G. Zlatkin*
Ilya G. Zlatkin
ZLATKIN CANN ENTERTAINMENT
4245 North Knox Avenue
Chicago, Illinois 60641
ilya@zce.law
(312) 809-8022

*Counsel for Defendants Propelr Music, LLC,*
*Marriani, Inc., and Antoine Reed*