# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Taylor D Pendleton

                  Plaintiff,

v.

                                           Case No.: 1:23–cv–04708

                                           Honorable Andrea R. Wood

10Q LLC, et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 11, 2026:

      MINUTE entry before the Honorable M. David Weisman: Settlement conference held. All parties appeared via video conference. The parties were able to reach a settlement. Settlement terms placed on Teams recording, with a written settlement agreement to follow. Status hearing set for 7/14/26 at 9:15 a.m. with a Joint Status Report due by noon on 7/10/26 briefly outlining the status of the settlement process. If a stipulation of dismissal is filed prior to that date, the status hearing will be stricken and no appearance will be necessary. The Court thanks all counsel and the parties for their reasonableness in resolving this matter, and wish both artists continued success in their artistic pursuits. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.