**THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

Taylor D. Pendleton,

                Plaintiff,

        v.

10Q LLC, *et al.*,

                Defendants.

Case No. 1:23-cv-04708

Dist. Judge Andrea R. Wood

Mag. Judge M. David Weisman

**JOINT STATUS REPORT**

Pursuant to the Court's minute entry dated May 11, 2026 [Dkt. 71], Plaintiff Taylor D. Pendleton ("Pendleton" or "Plaintiff"), and Defendants Propelr Music, LLC ("Propelr"), Marriani, Inc. ("Marriani"), and Antoine Reed ("Reed" and, together with Propelr and Marriani, collectively, "Defendants") submit this Joint Status Report:

1.      On May 11, 2026, the parties participated in a settlement conference before the Honorable M. David Weisman, at which all parties appeared via video conference and reached a settlement. The settlement terms were placed on the record via a Teams recording, and the parties thereafter memorialized their agreement in a written settlement agreement.

2.      Defendants have fully performed all of their obligations under the settlement agreement.

3.      Accordingly, the sole remaining step to conclude this matter as to Defendants is for Plaintiff to dismiss Plaintiff's claims against Defendants. Plaintiff has indicated that Plaintiff intends to dismiss the entire case (including against parties who have not appeared in the case), and the parties anticipate that a stipulation of dismissal will be filed in advance of the status hearing set for July 14, 2026, at which point no appearance will be necessary.

Dated: July 9, 2026

Respectfully submitted,

TAYLOR D. PENDLETON

/s/ *Kristina T. Wilson (with permission)*
Kristina T. Wilson, Esq.
18060 Grace Ln, Unit 104
Canyon Country, CA 91387
Telephone: (323) 537-7795
CA Bar No. 330475
Email: Wilson@KTWilsonLaw.com

*Attorney for Plaintiff Taylor D. Pendleton*

PROPELR MUSIC, LLC, MARRIANI, INC.,
and ANTOINE REED

By:  /s/ *Ilya G. Zlatkin*
Ilya G. Zlatkin
ZLATKIN CANN ENTERTAINMENT
4245 North Knox Avenue
Chicago, Illinois 60641
Tel: (312) 809-8022
ilya@zce.law


By: /s/ *Adam J. Farag (with permission)*
Adam J. Farag
AJ FARAG LAW LLC
1525 North Elston Avenue, Suite 200
Chicago, Illinois 60642
Tel: (815) 262-1486
adam@ajflaw.com

*Attorneys for Defendants Propelr Music, LLC,
Marriani, Inc., and Antoine Reed*

2