### THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Taylor D. Pendleton, | |
| Plaintiff, | Case No. 1:23-cv-04708 |
| v. | Dist. Judge Andrea R. Wood |
| 10Q LLC, *et al.*, | Mag. Judge M. David Weisman |
| Defendants. | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Taylor D. Pendleton, by and through Plaintiff's undersigned counsel, and Defendants 10Q LLC, Propelr Music, LLC, Marriani, Inc., and Antoine Reed, by and through their undersigned counsel, being all of the parties who have appeared in this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice. Each side shall bear their own costs, expenses, and fees, including all attorneys' fees.

Dated: July 9, 2026

Respectfully submitted,

Respectfully submitted,

PROPELR MUSIC, LLC, MARRIANI, INC.,
and ANTOINE REED

TAYLOR D. PENDLETON

By: */s/ Kristina T. Wilson*
Kristina T. Wilson
18060 Grace Ln, Unit 104
Canyon Country, CA 91387
Tel: (323) 537-7795
CA Bar No. 330475
Wilson@KTWilsonLaw.com

By: */s/ Ilya G. Zlatkin (with permission)*
Ilya G. Zlatkin
Zlatkin Cann Entertainment
4245 North Knox Avenue
Chicago, Illinois 60641
Tel: (312) 809-8022
ilya@zce.law

*Attorney for Plaintiff*

By: */s/ Adam J. Farag (with permission)*
Adam J. Farag
AJ Farag Law LLC
1525 North Elston Avenue, Suite 200
Chicago, Illinois 60642
Tel: (815) 262-1486
adam@ajflaw.com

*Attorneys for Defendants Propelr Music,
LLC, Marriani, Inc., and Antoine Reed*

2