**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Taylor D Pendleton

Plaintiff,

v.                                                                Case No.: 1:23–cv–04708
                                                                   Honorable Andrea R. Wood

10Q LLC, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 10, 2026:

        MINUTE entry before the Honorable M. David Weisman: Pursuant to the stipulation of dismissal [74], all matters relating to the referral of this case have been resolved, this matter is returned to the District Judge. Status hearing set for 7/14/26 before Magistrate Judge Weisman is hereby stricken with no appearance required. Referral terminated. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.